UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 3:25-CR- 7̄2̄ |
| | : | |
| v. | : | |
| | : | (Judge Mannion ) |
| **DWAYNE CAVANAUGH** | : | |
| Defendant. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

**FILED**
HARRISBURG, PA

### COUNT 1
18 U.S.C. § 2252A(a)(5)(B)
(Possession of Child Pornography)

MAR 0 5 2025

PER _____
DEPUTY CLERK

On or about January 21, 2024, in the Middle District of

Pennsylvania, the defendant,

**DWAYNE CAVANAUGH,**

did knowingly possess a Nokia C100 cellular device, bearing serial

number A00000V590241523200, containing at least one depiction of

child pornography as defined in Title 18, United States Code, Section

2256(8)(A), that had been mailed, shipped and transported using any

means and facility of interstate and foreign commerce.

It is further alleged that the conduct alleged above occurred

subsequent to defendant Cavanaugh's conviction for Receiving Child

Pornography in violation of Title 18, United States Code, Section 2252A(a)(2), in the United States District Court for the Northern District of Texas, Case No. 3:09-CR-323-P(01), on or about April 21, 2010.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

JOHN C. GURGANUS
Acting United States Attorney

FOREPERSON

STEPHEN W. DUKES
Assistant United States Attorney

3/5/2025

Date

2